```
             UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| TERRY STINSON, | |
|---|---|
| Movant, | CIVIL ACTION |
| v. | NO. 1:16-CV-3010-CAP |
| UNITED STATES OF AMERICA, | CRIMINAL ACTION<br>NO. 1:13-CR-360-CAP |
| Respondent. | |

<u>O R D E R</u>

After carefully considering the report and recommendation of the magistrate judge and finding no error, the court receives the report and recommendation with approval and adopts it as the opinion and order of this court.

SO ORDERED, this <u>25th</u> day of October, 2016.

<u>/s/CHARLES A. PANNELL, JR.</u>
CHARLES A. PANNELL, JR.
United States District Judge